*E-FILED - 5/12/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOSEPH DAGNINO, | ) | No. C 03-4654 RMW (PR) |
| Petitioner, | ) | **JUDGMENT** |
| vs. | ) | |
| DERRAL G. ADAMS, Warden, | ) | |
| Respondent. | ) | |

The court having denied the instant petition for writ of habeas corpus on the merits, judgment is hereby entered in favor of respondent.  The clerk shall close the file.

**IT IS SO ORDERED.**

DATED:  5/9/08

Ronald M. Whyte

RONALD M. WHYTE
United States District Judge

Judgment
G:\pro-se\sj.rmw\hc.03\Dagnino654.jud.md